therefore, unauthorized. The judgment and orders appealed from should be reversed, with costs, and the motion for summary judgment denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Wagner, JJ. Judgment and orders reversed, with costs, and motion for summary judgment denied, with ten dollars costs.

———

HARRY BINE, Suing as HARRY BIRNS, v. MOLLY BINE, Sued as MOLLY BIRNS.— Motion to dismiss appeal granted with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

VICTOR M. EICHORN, an Infant, etc., v. COMMERCIAL CASUALTY INSURANCE COMPANY.— Motion denied, with ten dollars costs and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GRACE McGINLEY, as Administratrix, etc., v. ARNOLD ROTHSTEIN, Impleaded, etc.— Preference granted for October 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

UNITED STATES MORTGAGE AND TRUST COMPANY and Another, as Executors, etc., of JENNIE W. McCARRON v. AMBROSIA G. McCARRON.— Preference granted for October 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Transfer Tax on the Estate of CAROLINE MATHER JACKSON, Deceased. ARTHUR W. BINGHAM v. NEW YORK STATE TAX COMMISSION.— Preference granted for October 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN FARSON.— Preference granted for October 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SUMMIT FINANCE CORPORATION v. JEMM REALTY Co., INC., Impleaded, etc.— Motion granted on condition that appellant procure said appeal to be brought on for argument on the 11th day of June, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL A. SUGAR v. JACOB NARZISENFELD.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MICHAEL McKENZIE v. ERIE RAILROAD COMPANY.— Preference granted for October 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings, etc., to Carry Out the Provisions of the Will of GEORGE PARBURY POLLEN, Deceased. — Preference granted for October 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDITH M. DORNBUSCH v. LOUIS C. DORNBUSCH.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of GEORGE GARDNER, as Sole Surviving Administrator, etc., of ELIZABETH M. GARDNER, Deceased, for a Judicial Construction of the Last Will and Testament of BLANCHE A. THOMPSON, Deceased.—